**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA,**

           **-v-**                            **14-CR-217(A)**

**LUCAS LECLERC,**

           **Defendant.**

_____

## ORDER

**WHEREAS,** there is an issue pending before this Court concerning the possible suppression of evidence based upon a claim of insufficient probable cause for a search warrant issued by Cattaraugus County Judge Ronald Ploetz, on August 18, 2014, to search 102 South Court Street, Little Valley, New York; it appears that part of the basis of the probable cause for said warrant was the <u>in camera</u> testimony of Sgt. Rozler; and a transcript, tape, and/or notes of said testimony is available upon the issuance of an Order from this Court; it is hereby

**ORDERED** that the transcript, tape, and/or notes of the testimony of Sgt. Rozler which served as a partial basis for the issuance of the search warrant for 102 South Court Street, Little Valley, New York on August 18, 2014 be provided to the United States so this Court can, thereafter, conduct an <u>in camera</u> examination of the information in its determination of probable cause.

        **DATED:**     Buffalo, New York, May 28, 2015

                                      *s/ H. Kenneth Schroeder, Jr.*
                                      HONORABLE H. KENNETH SCHROEDER, JR.
                                      United States Magistrate Judge